

FILED

05/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

MAY 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

The judges of the Eighth Judicial District of the State of Montana have requested the assistance of retired District Judge Wm. Nels Swandal to assume jurisdiction of Cascade County Cause Nos. ADV-20-121, *Jodie Young v. ERA Advantage Realty*, and ADV-19-773, *Bridger Holdings v. Bridger Steel*.

Judge Swandal has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that he is agreeable to assisting the Eighth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Wm. Nels Swandal, retired District Judge, is hereby called to active service in the District Court of the Eighth Judicial District of the State of Montana, to assume jurisdiction of Cascade County Cause Nos. ADV-20-121, *Jodie Young v. ERA Advantage Realty*, and ADV-19-773, *Bridger Holdings v. Bridger Steel*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Swandal shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

A copy of this Order shall be filed with the District Court Clerk of Cascade County, with the request that this Order be sent to all counsel of record in the above-listed matters.

A copy of this Order shall also be provided to the District Court Judges of the Eighth Judicial District, the Honorable Wm. Nels Swandal, Beth McLaughlin, Supreme Court Administrator, and Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 14 day of May, 2021.

_____
Chief Justice